UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIAN BLUEMLEIN,

    Plaintiff,                                                 Case No. 21-11762

v.                                                           Honorable Nancy G. Edmunds

DAVID KERNS and
WILLIAM FEDERSPIEL,

    Defendants.

_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
JULY 8, 2022 REPORT AND RECOMMENDATION [16]**

This lawsuit was filed by pro se plaintiff Christian Bluemlein against Saginaw County officials David Kerns and William Federspiel. (ECF No. 1.) It has been referred to Magistrate Judge David R. Grand for all pre-trial proceedings. (ECF No. 8.) Before the Court is the Magistrate Judge's July 8, 2022 report and recommendation to dismiss Plaintiff's complaint for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and to deny several motions filed by Defendants as moot. (ECF No. 16.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge. Thus, the Court ACCEPTS AND ADOPTS the Magistrate Judge's report and recommendation (ECF No. 16). Accordingly, this case is DISMISSED

WITH PREJUDICE, and Defendants' pending motions (ECF Nos. 11, 12, 13) are DENIED AS MOOT.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: August 1, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 1, 2022, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager